IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZARA MOSS, | No. 4:22-CV-00529 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY and MAESTRO WEISLAW GLON (in his individual and official capacities), | |
| Defendants. | |

## ORDER

**FEBRUARY 1, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED**:

1. Defendant Penn State's motion to dismiss (Doc. 19) is **GRANTED**. Accordingly, Counts I through V of Plaintiff Zara Moss's First Amended Complaint ("FAC") are **DISMISSED WITHOUT PREJUDICE**. If Moss wishes to plead over on Counts I through V, she must file an amended pleading on or before February 15, 2023.

2. Defendant Weislaw Glon's motion (Doc. 21) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge