# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZARA MOSS, | No. 4:22-CV-00529 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY and MAESTRO WEISLAW GLON (in his individual and official capacities), | |
| Defendants. | |

## ORDER

### AUGUST 11, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Both Weislaw Glon's motion to dismiss Zara Moss' Second Amended Complaint ("SAC") (Doc. 61) and The Pennsylvania State University's motion to dismiss Moss' SAC (Doc. 62) are **GRANTED IN PART**. Accordingly:

    a. Counts VI and VII are **DISMISSED WITH PREJUDICE**.

    b. All claims against Penn State in Count VIII are **DISMISSED WITH PREJUDICE**.

   c. Moss' cause of action for intentional infliction of emotional distress in Count VIII against Glon is **DISMISSED WITH PREJUDICE**.

2. Penn State and Glon are directed to respond to the remaining claims in Moss' SAC within fourteen (14) days of this Order.

       BY THE COURT:

       *s/ Matthew W. Brann*
       Matthew W. Brann
       Chief United States District Judge