IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZARA MOSS, | No. 4:22-CV-0529 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNYSLVANIA STATE UNIVERSITY, *et al.*, | |
| Defendants. | |

# ORDER

**OCTOBER 23, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 84) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge