IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZARA MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY and MAESTRO WEISLAW GLON (in his individual and official capacities),<br><br>    Defendants. | Case No. 4:22-cv-00529<br><br>Chief Judge Matthew W. Brann |

## MOTION TO WITHDRAW AS COUNSEL

    Mollie Berkowitz, counsel for Plaintiff Zara Moss, respectfully requests to withdraw from representing Ms. Moss in this action pursuant to Middle District of Pennsylvania Local Rule 83.15. Ms. Berkowitz requests to withdraw as counsel because she is ending her employment with Public Justice effective March 7, 2024. Chelsea Weaver, Kaela King, Robert Daley, Kristin Kennedy, Scott Simon, Adele Kimmel, Sean Ouellette, and Shariful Khan all continue to represent Ms. Moss.

    Ms. Berkowitz respectfully requests that the Court grant her motion to withdraw as counsel for Ms. Moss.

Dated: February 29, 2024

Respectfully submitted,

/s/ Mollie Berkowitz
Mollie Berkowitz*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
mberkowitz@publicjustice.net

\* Admitted *Pro Hac Vice*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 29, 2024, I electronically filed the Motion to Withdraw as Counsel using the Court's CM/ECF system and that the following counsel of record will be served electronically via that system:

James A. Keller, Esq.
Amy L. Piccola, Esq.
Saul Ewing Arnstein & Lehr, LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
james.keller@saul.com
amy.piccola@saul.com

Attorneys for Defendant
The Pennsylvania State University

Jeffrey A. Lutsky, Esq.
Corey S. D. Norcross, Esq.
Melissa L. Perry, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
jlutsky@stradley.com
cnorcross@stradley.com
mperry@stradley.com

Attorneys for Defendant
Maestro Weislaw Glon

                                      /s/ Mollie Berkowitz
                                      Mollie Berkowitz