IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZARA MOSS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case No. 4:22-cv-00529 |
| THE PENNSYLVANIA STATE : | |
| UNIVERSITY and MAESTRO WEISLAW : | Chief Judge Matthew W. Brann |
| GLON (in his individual and official : | |
| capacities), : | |
| : | |
| Defendants. : | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** IS BEFORE THE Court on the motion of Mollie Berkowitz to withdraw as counsel for Plaintiff Zara Moss. As grounds for the motion, Ms. Berkowitz represents that she will end her employment with Public Justice effective March 7, 2024, and that Public Justice, Cooper & Elliot, LLC, and Robert Peirce & Associates, P.C. will continue to represent Ms. Moss.

**IT IS ORDERED** that Mollie Berkowitz is granted leave to withdraw as counsel for Ms. Moss.

Dated:

_____
United States District Judge