IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Zara Moss,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 4:22-cv-529 |
| **v.** : | |
| : | Chief Judge Brann |
| **The Pennsylvania State University,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned attorneys, having settled this action, hereby agree to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

*/s/ Abigail F. Chin*
Abigail F. Chin (admitted *Pro Hac Vice*)
Kaela King (admitted *Pro Hac Vice*)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
abbyc@cooperelliott.com
kaelak@cooperelliott.com

Sean Ouellette (admitted *Pro Hac Vice*)
Adele P. Kimmel (admitted *Pro Hac Vice*)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
souellette@publicjustice.net
akimmel@publicjustice.net

*Attorneys for Plaintiff*
*Zara Moss*

*/s/ Jesse Krohn (per email 10/8/24)*
James A. Keller (PA 78955)
Amy L. Piccola (PA 208888)
Shane P. Simon (PA 319643)
Jesse L. Krohn (PA 313059)
SAUL EWING LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: 215-972-1964//8405//7160//7869
james.keller@saul.com
amy.piccola@saul.com
shane.simon@saul.com
jesse.krohn@saul.com

*Attorneys for Defendant*
*The Pennsylvania State University*

<u>/s/ Corey Norcross (per email 10/10/2024)</u>
Jeffrey A. Lutsky (PA 36673)
Corey S. D. Norcross (PA 316909)
Melissa L. Perry (PA 326984)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
P: (215) 564-8742
F: (215) 564-8120
jlutsky@stradley.com
cnorcorss@stradley.com
mperry@stradley.com

*Attorneys for Defendant*
*Wieslaw Glon*
